LODGED
OCT 1 0 2018
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
OCT 1 7 2018
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL SZABO, Defendant. | VIOLATIONS: 6564589 6564590 Location Code: M13 ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6564589 and VN 6564590 are DISMISSED.

DATED this __17__ day of October 2018.

_____
John Johnston
United States Magistrate Judge